**Opinion issued August 8, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-21-00268-CV**

———————————

**ALI YAZDCHI AND AHMAD YAZDCHI, Appellants**

**V.**

**WELLS FARGO, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-11585**

---

**MEMORANDUM OPINION**

Appellants Ali Yazdchi and Ahmad Yazdchi appeal from the trial court's

December 14, 2020 order granting summary judgment and the trial court's February

22, 2021 order striking Ahmad Yazdchi's intervention, and severing the December

14, 2020 order into a separate cause so that it could be final and appealable. We dismiss this appeal.

Ali Yazdchi has been adjudicated a vexatious litigant and is subject to three prefiling orders, including one from this trial court case: https://www.txcourts.gov/media/1278447/Ali-Yazdchi-Case-No-2015-11585-01_15_2016.pdf. This order prohibits Ali Yazdchi from filing any new pro se litigation without permission from the appropriate local administrative judge. Moreover, "a clerk of a court may not file a litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order . . . unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing." TEX. CIV. PRAC. & REM. CODE § 11.103(a).

On December 13, 2022, this Court issued an order stating that, although Ali Yazdchi was represented by counsel when the notice of appeal was filed, the Court received a suggestion of death on October 19, 2021, advising the Court that Ali Yazdchi's counsel had died on September 13, 2021, approximately four months after counsel filed the notice of appeal. Moreover, a review of documents filed in this appeal indicates that counsel did not file any documents other than the notice of appeal. Because Ali Yazdchi is not represented by counsel, the Court directed him to provide proof of permission to appeal by the local administrative judge or the

2

appeal would be subject to dismissal. *See* TEX. CIV. PRAC. & REM. CODE § 11.103(a). Yazdchi has not filed proof of permission to appeal.

Moreover, appellants Ali Yazdchi and Ahmad Yazdchi have not paid the filing fee. The Court sent a notice to appellants on June 17, 2021 advising them that the filing fee was past due and that unless the filing fee was paid on or before July 15, 2021, the Court might dismiss the appeal. On June 17, 2021, Ali Yazdchi filed a statement of inability in this Court. Ahmad Yazdchi filed no response to our notice and filed no statement of inability. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

Accordingly, we dismiss Ali Yazdchi's appeal for failure to comply with the requirement in Texas Civil Practice and Remedies Code section 11.103 that he provide proof of permission to appeal. We dismiss Ahmad Yazdchi's appeal for want of prosecution. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.